**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

MEDICAL & CHIROPRACTIC CLINIC, INC., a Florida corporation, individually and as the representative of a class of similarly-situated persons,

    Plaintiff,

v.                                          Case No: 8:15-cv-566-T-35EAJ

HONEST ANSWERING, LLC and JOHN DOES 1-10,

    Defendants.
_____/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Upon review of the Plaintiff's Notice of Voluntary Dismissal Without Prejudice, (Dkt. 10) and pursuant to Fed.R.Civ.P. 41(a)(1), it is hereby

**ORDERED** that this case is **dismissed without prejudice.** The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** in Tampa, Florida this 4th day of May, 2015.

/s/ MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party